**FLORIDA EAST COAST RAILWAY COMPANY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 22134.**

United States Court of Appeals
Fifth Circuit.

Jan. 26, 1965.

William B. Devaney, Washington, D. C., Allan Milledge, Neal Rutledge, Miami, Fla., J. Turner Butler, Jacksonville, Fla., for appellant.

William J. Hamilton, Jr., Asst. U. S. Atty., Jacksonville, Fla., Sherman L. Cohn, Atty., Dept. of Justice, Washington, D. C., for appellee.

Before BROWN, GEWIN and BELL, Circuit Judges.

PER CURIAM.

The Motion of Appellant, Florida East Coast Railway Company, for stay pending appeal from the Orders of October 30 and December 3, 1964, having been heard and considered upon oral argument and briefs on December 8, 1964, is hereby denied.

**MOHASCO INDUSTRIES, INC., Appellant,**

v.

**E. T. BARWICK MILLS, INC. and Barwick Carpet Mills, Inc., Appellees.**

**No. 20966.**

United States Court of Appeals
Fifth Circuit.

Jan. 22, 1965.

Leslie B. Young, New York City, Albert E. Mayer, Atlanta, Ga., Stanton T. Lawrence, Jr., New York City, Pennie, Edmonds, Morton, Taylor & Adams, New York City, of counsel, for appellant.

Charles H. Walker, New York City, M. Cook Barwick, Wilson, Branch, Barwick and Vandiver, Atlanta, Ga., Albert E. Fey, Fish, Richardson & Neave, New York City, of counsel, for appellees.

Before WISDOM, and GEWIN, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM.

Mohasco Industries, Inc., the plaintiff below, complains of the judgment of the United States District Court for the Northern District of Georgia in favor of appellees (defendants) in an action for patent infringement. The trial court held that the patents in issue were invalid and void and not infringed by the defendants. We are in agreement with the result reached by the trial court. Mohasco Industries, Inc. v. E. T. Barwick Mills, Inc., 221 F.Supp. 191 (1963). The judgment is affirmed.